AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

For the    DISTRICT OF    Massachusetts

PATRA, LLC., and
ILIAS GIANNAKOPOULOS,
    Plaintiffs,

v.

MOTIVA ENTERPRISES, LLC, and
STEVE L. SANTORO
    Defendants.

**APPEARANCE**

Case Number: 1:05-cv-11471-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Motiva Enterprises, LLC., and Steve L. Santoro, Defendants

I certify that I am admitted to practice in this court.

7/15/2005
Date

Signature *(signed)*

Anne-Marie Gerber          649337
Print Name                 Bar Number

155 Federal Street, Suite 1700
Address

Boston        MA           02110
City          State        Zip Code

(617) 695-2330    (617) 695-2335
Phone Number      Fax Number