UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRA, LLC and<br>ILIAS GIANNAKOPOULOS,<br>    Plaintiffs,<br><br>v.<br><br>MOTIVA ENTERPRISES, LLC, and<br>STEVE L. SANTORO,<br>    Defendants. | CIVIL ACTION NO. 05-11471-RGS |

## NOTICE OF APPEARANCE OF ERIK J. FRICK, ESQ. ON BEHALF OF PLAINTIFFS

Erik J. Frick, of the law firm Eckert Seamans Cherin & Mellott, LLC, hereby files his appearance for the Plaintiffs in the above-captioned action.

Respectfully Submitted,

PATRA, LLC and ILIAS GIANNAKOPOULOS,

By their attorneys,

_____
Robert W. Levy, Esq., BBO #297840
Erik J. Frick, Esq., BBO #553336
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
617-342-6853

DATED: July 26, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on July 26, 2005

{K0307144.1}