UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
)
PATRA, LLC., and                      )
ILIAS GIANNAKOPOULOS,                  )
)
       Plaintiffs,                 )
)
v.                                    )      Civil Action No. 05-11471
)
MOTIVA ENTERPRISES, LLC,               )
and STEVE L. SANTORO                   )
)
       Defendants.                 )
_____)

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANTS MOTIVA ENTERPRISES, LLC.

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Motiva Enterprises, LLC. submits the following as their Corporation Disclosure Statement:

     1.     The filing party, which is a nongovernmental corporation, identifies the following parent company, which is a publicly held corporation, that controls the filing party, directly or through others, or which owns 10% or more of the party's stock:  Shell Oil Company ("Shell").  Shell is a corporation duly organized under the laws of the State of Delaware, and headquartered in Houston, Texas. Motiva Enterprises, LLC., is a division of Shell, and has been designated as a defendant herein.

     2.     The filing parties identify the following publicly held corporations with which a merger agreement with the parties exists: none.

3.      Shell is a corporation organized under the laws of the State of Delaware. It has no parent and no publicly traded corporation owns 10% or more of its stock.


By Its Attorneys,


_/s/ Anne-MarieGerber_____
William L. Parker, BBO# 549839
Amy Cashore Mariani, BBO # 630160
Anne-Marie Gerber, BBO# 649337
**FITZHUGH, PARKER, & ALVARO, LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330


### CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2005, I have served the above *Corporate Disclosure Statement* upon all counsel of record listed below.

Erik J. Frick, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110


_/s/ Melissa Wangenheim_____
Melissa Wangenheim