UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRA, LLC, & <br> ILIAS GIANNAKOPOULOS, <br>    Plaintiffs, <br> <br> MOTIVA ENTERPRISES, LLC, & <br> STEVE L. SANTORO, <br>    Defendants. | ) <br> ) <br> ) <br> ) <br> )    Docket No. 1:05-cv-11471 <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Anne Marie-Gerber, hereby certify that on August 17, 2005, I informed plaintiff's counsel Erik J. Frick, Esquire via telephone of the intent of Defendants Motiva Enterprises, LLC, and Steve L. Santoro, to file Defendants' Motion to Dismiss, With Prejudice, Counts V and VIII of Plaintiffs' Complaint, Or In the Alternative, For Judgment on the Pleadings As to Those Counts Only.

Dated: August 22, 2005         MOTIVA ENTERPRISES, LLC. and
                               STEVE L. SANTORO
                               By Their Attorneys,

                                /s/ Anne-Marie Gerber
                               William L. Parker, BBO# 549839
                               Amy Cashore Mariani, BBO # 630160
                               Anne-Marie Gerber, BBO# 649337
                               **FITZHUGH, PARKER, & ALVARO, LLP**
                               155 Federal Street, Suite 1700
                               Boston, MA 02110-1727
                               (617) 695-2330

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22nd, 2005, I have served the above document upon all counsel of record as follows.

Erik J. Frick, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

                                                                                      /s/ Melissa Wangenheim
                                                                                Melissa Wangenheim