UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRA, LLC., and <br> ILIAS GIANNAKOPOULOS, <br><br> Plaintiffs, <br><br> v. <br><br> MOTIVA ENTERPRISES, LLC, <br> and STEVE L. SANTORO <br><br> Defendants. | Civil Action No. 05-11471 |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT MOTIVA ENTERPRISES, LLC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Motiva Enterprises LLC submits the following as their Amended Corporation Disclosure Statement:

1. The filing party, which is a nongovernmental corporation, identifies the following parent companies that control the filing party, directly or through others, or which own 10% or more of the party's stock: Shell Oil Company ("SOC"), and Saudi Refining Inc., ("Saudi Refining"). SOC is a corporation duly organized under the laws of the State of Delaware, and headquartered in Houston, Texas. Saudi Refining is a corporation duly organized under the laws of the State of Delaware, and headquartered in Houston, Texas. Motiva Enterprises LLC is a Delaware limited liability company in which SOC and Saudi Refining respectively own directly or indirectly 50% of the

ownership interests. Texaco, Inc. at this time is not affiliated with Motiva Enterprises LLC.

2. The filing parties identify the following publicly held corporations with which a merger agreement with the parties exists: none.

3. SOC is a corporation organized under the laws of the State of Delaware. The ultimate parent entity of SOC is Royal Dutch Shell plc. Shares of Royal Dutch Shell plc trade on the New York Stock Exchange (among other exchanges) under the symbols "RDS-A" and "RDS-B". Saudi Refining is a corporation organized under the laws of the State of Delaware. The ultimate parent entity of Saudi Refining is the Saudi Arabian Oil Company (Saudi Aramco). Saudi Refining and Saudi Aramco are not publicly traded companies.

                **MOTIVA ENTERPRISES, LLC.,**
                By Its Attorneys,

                _/s/ William L. Parker_
                William L. Parker, BBO# 549839
                Amy Cashore Mariani, BBO # 630160
                Anne-Marie Gerber, BBO# 649337
                **FITZHUGH, PARKER, & ALVARO, LLP**
                155 Federal Street, Suite 1700
                Boston, MA 02110-1727
                (617) 695-2330

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I have served the above *Amended Corporate Disclosure Statement* upon all counsel of record listed below.

Erik J. Frick, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

                                                              _____
                                                              Melissa Wangenheim