UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
PATRA, LLC., and                        )
ILIAS GIANNAKOPOULOS,                    )
                                        )
            Plaintiffs,                  )
                                        )
v.                                       )       Civil Action No. 05-11471
                                        )
MOTIVA ENTERPRISES, LLC,                 )
and STEVE L. SANTORO                     )
                                        )
            Defendants.                  )
_____)

**DEFENDANT MOTIVA ENTERPRISES, LLC'S CERTIFICATION
REGARDING BUDGETING AND ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to Local Rule 16.1(d)(3), counsel for the defendant, Motiva Enterprises, LLC,

hereby certifies that she has conferred with her client to discuss:

(1)     the budget for the costs of conducting the full course -- and various alternative

        courses--of the litigation; and

(2)     the resolution of the litigation through the use of alternative dispute resolution

        programs such as conciliation, mediation and arbitration.

**MOTIVA ENTERPRISES, LLC.**
By Its Attorneys,


 /s/ Amy Cashore Mariani_____
William L. Parker, BBO# 549839
Amy Cashore Mariani, BBO # 630160
Anne-Marie Gerber, BBO# 649337
**FITZHUGH, PARKER, & ALVARO, LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of September, 2005, I served a copy of the above document on all counsel of record as follows.

Erik J. Frick, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

 /s/ Melissa Wangenheim
Melissa Wangenheim