UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRA, LLC., and<br>ILIAS GIANNAKOPOULOS,<br><br>Plaintiffs,<br><br>v.<br><br>MOTIVA ENTERPRISES, LLC,<br>and STEVE L. SANTORO<br><br>Defendants. | Civil Action No. 05-11471 |

### DEFENDANT STEVE L. SANTORO'S CERTIFICATION REGARDING BUDGETING AND ALTERNATIVE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3), counsel for the defendant, Steve L. Santoro, hereby certifies that she has conferred with her client to discuss:

(1) the budget for the costs of conducting the full course -- and various alternative courses--of the litigation; and

(2) the resolution of the litigation through the use of alternative dispute resolution programs such as conciliation, mediation and arbitration.

STEVE L. SANTORO

_____
Steve L. Santoro
Shell Oil Products US
PKB 405, 5 Manmar Drive
Plainville, MA 02762-2250

MOTIVA ENTERPRISES, LLC. and
STEVE L. SANTORO
By Its Attorneys,

_____
William L. Parker, BBO# 549839
Amy Cashore Mariani, BBO # 630160
Anne-Marie Gerber, BBO# 649337
**FITZHUGH, PARKER, & ALVARO, LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of September, 2005, I served a copy of the above document on all counsel of record as follows.

Erik J. Frick, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

                                        _____
                                        Melissa Wangenheim