UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRA, LLC., and<br>ILIAS GIANNAKOPOULOS,<br><br>        Plaintiffs,<br><br>v.<br><br>MOTIVA ENTERPRISES, LLC.,<br>and STEVE L.. SANTORO<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-11471<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' PATRA, LLC AND ILIAS GIANNAKOPOULOS' CERTIFICATION REGARDING BUDGETING AND ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to Local Rule 16.1(d)(3), counsel for the plaintiffs, Patra, LLC and Ilias Giannakopoulos, hereby certifies that he has conferred with his clients to discuss:

(1) the budget for costs conducting the full course --- and various alternative courses--- of the litigation; and

(2) the resolution of this litigation through the use of alternative dispute resolution programs such as arbitration, conciliation and mediation.

 

PATRA LLC AND ILIAS GIANNAKOPOULOS
By Its Attorneys,

_____
Ilias Giannakopoulos, individually
and on behalf of Patra, LLC

_____
Erik J. Frick, BBO# 553336
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
617.342.6800

{K0310723.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2005, I served a copy of the above document on all counsel of record as follows.

William L. Parker, Esq.
Amy Cashore Mariani, Esq.
Anne-Marie Gerber, Esq.
Fitzhugh, Parker, & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727

Erik J. Frick

{K0310723.1}