UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PATRA, LLC
    Plaintiff

v.                            CIVIL ACTION NO. 05-11471-RGS

MOTIVA ENTERPRISES, LLC, ET AL
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.                                                           MARCH 6, 2006

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 120 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                                RICHARD G. STEARNS
                                                UNITED STATES DISTRICT JUDGE

                      BY:

                                       /s/ Mary H. Johnson
                                       Deputy Clerk

DATED:  3-6-06